IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:19-cr-00334 (1) |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| DONALD PAUL PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |

Judge Solomon Oliver, Jr. referred this matter  to the undersigned, pursuant to General

Order 99-49, for purposes for receiving, on consent of the parties, the defendant's offer of a plea

of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record

of the proceedings to be prepared, referring the matter, if appropriate, for presentence

investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether

the plea should be accepted and a finding of guilty entered.  The following, along with the

transcript or other record of the proceedings submitted herewith, constitutes the Magistrate

Judge's Report and Recommendation concerning the plea of guilty proffered by the defendant.

1.  On September 19, 2019, the defendant, accompanied by counsel, proffered a plea of

    guilty to counts 1, 2, 4 of the Indictment.

2.  Prior to such proffer, the defendant was examined as to his competence, advised

    of the charge and consequences of conviction, informed that the Federal Sentencing

    Guidelines are advisory and the Court must consider them but the Court may impose

any sentence authorized by law, notified of his rights, advised that he was waiving all

his rights except the right to counsel, and, if such were the case, his right to appeal,

and otherwise provided with the information prescribed in Fed. R. Crim. P. 11.

3.  The parties and counsel informed the court that no plea agreement between the parties

had been reached, although counsel had exchanged views regarding potential

sentencing ranges that could be applicable under the Federal Sentencing Guidelines,

and they further advised that no commitments or promises have been made by any

party, and no agreements, written or unwritten, have been made between the parties.

4.  The parties provided the undersigned with sufficient information about the charged

offense and the defendant's conduct to establish a factual basis for the plea, and the

defendant acknowledged that he committed the acts alleged in the indictment.

5.  The undersigned questioned the defendant under oath about the knowing,

intelligent, and voluntary nature of the plea of guilty, and finds that the defendant's

plea was offered knowingly, intelligently, and voluntarily.

In light of the foregoing and the record submitted herewith, the undersigned finds that the

defendant's plea was knowing, intelligent, and voluntary, and that all requirements imposed by

the United States Constitution and Fed. R. Crim. P. 11 have been satisfied.  Therefore, the

undersigned recommends that the plea of guilty be accepted and a finding of guilty be entered by

the Court.

Dated: September 19, 2019

Thomas M. Parker
United States Magistrate Judge

---

2

**OBJECTIONS**

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of receipt of this notice.  Fed. R. Crim. P. 59.  Failure to file objections within the specified time constitutes a WAIVER of the right to appeal the Magistrate Judge's recommendation. Id.